IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS,   ) ) ) | |
| Plaintiffs,   ) ) | |
| vs.   ) ) | Case Number: 12-287-DRH |
| PARK-MARK, INC.,   ) ) ) | |
| Defendants.   ) | |

### CONSENT JUDGMENT OF PARK-MARK, INC.

**HERNDON, Chief Judge:**

The Parties having advised the Court in the premises of their mutual desire to resolve this matter, Consent Judgment is hereby entered upon the following terms:

1. Judgment is entered in favor of the plaintiff and against defendant, Park Mark, Inc., in the amount of $13,820.40.

2. Except as otherwise provided herein, each party agrees to bear their own attorney fees and costs.

**IT IS SO ORDERED.**

Signed this 3rd day of February, 2014.

Digitally signed by
David R. Herndon
Date: 2014.02.03
18:17:08 -06'00'

**Chief Judge**
**United States District Court**